UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| LINDA MORGAN,<br><br>　　Plaintiff,<br>v.<br><br>CAPITAL ONE FINANCIAL CORPORATION,<br><br>　　Defendant. | Case No.  2:18-cv-00369-JTM-JEM<br><br>Honorable Judge James T. Moody |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, LINDA MORGAN, and the Defendant, CAPITAL ONE FINANCIAL CORPORATION, through their respective counsel that the above-captioned action is dismissed, with prejudice, against CAPITAL ONE FINANCIAL CORPORATION, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 13, 2019                          Respectfully Submitted,

**LINDA MORGAN**                             **CAPITAL ONE FINANCIAL CORPORATION**

/s/ Nathan C. Volheim                         /s/ Erin L. Hoffmann (*with consent*)
Nathan C. Volheim                             Erin L. Hoffmann
*Counsel for Plaintiff*                       *Counsel for Defendant*
Sulaiman Law Group, LTD                       Faegre Baker Daniels LLP
2500 S. Highland Avenue, Suite 200            2200 Wells Fargo Center
Lombard, Illinois 60148                       90 South Seventh Street
Phone: (630) 575-8181                         Minneapolis, MN 55402
Fax :(630) 575-8188                           Phone(612)766-7000
nvolheim@sulaimanlaw.com                      erin.hoffman@faegrebd.com

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim